IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BUKMAN LABORATORIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOLENIS, L.L.C., and )<br>SOLENIS TECHNOLOGIES, L.P., )<br>)<br>Defendants. ) | Civil Action No. 2:15-cv-02063-JPM-tmp |

## SCHEDULING ORDER

This is an action for declaratory judgment of patent invalidity and non-infringement brought by Plaintiff Buckman Laboratories, Inc. against Defendants Solenis Technologies, LP and Solenis, LLC. Plaintiff seeks a determination that United States Patent No. 8,841,469 ("the '469 patent") is invalid and that it does not infringe a valid or enforceable claim of the '469 patent. The '469 patent protects methods related to chemical additives and use thereof in stillage processing operations. Plaintiff alleges that it received a letter dated January 9, 2015, to "cease and desist selling the chemical additives to ethanol producers for use in the patented method." (Complaint ¶ 11, ECF No. 1.)

A Patent Scheduling Conference was held in this action on August 5, 2015. Jesse J. Camacho and Michael F. Rafferty appeared for the plaintiff Buckman Laboratories, Inc., and Rodger D. Smith II, Eleanor G. Tennyson, and Mark Vorder-Bruegge, Jr., appeared for the defendants Solenis, L.L.C., and Solenis Technologies, L.P.

In accordance with the Local Patent Rules, the parties filed a Joint Planning Report and Proposed Schedule which included alternative schedules for certain events because the parties could

not agree. After discussion of the parties' proposals at the conference, the Court hereby adopts the following schedule:

| Item | LPR | Description | LPR Text, if Applicable | Date |
|---|---|---|---|---|
|  |  | **Responsive Pleading (RP)** |  | 07/27/2015 |
| 1. | LPR 2.1(a) | **Patent Scheduling Conference Notice** | *within 7 bus. days after the RP is filed, the parties shall jointly file* | Not Applicable, PSC is already calendared |
| 2. | LPR 2.1(b) | **Planning Meeting** | *at least 14 day prior to the PSC* | 07/16/2015 |
| 3. | LPR 2.1(c) | **Joint Planning Report and Proposed Schedule** | *at least 7 days prior to the PSC* | 07/29/2015 |
| 4. | LR 16.2(b)(4)(B)(ii) | **Send Word version of Proposed Scheduling Order to ECF mailbox** | *at least 3 days before the scheduling conference* | 07/31/2015 |
| 5. | LPR 3.1-3.2 | **Initial Infringement Contentions** | *within 7 days after the RP is filed, a party . . . shall serve on all parties* | 08/03/2015 |
| 6. |  | **Patent Scheduling Conference (PSC)** | (D.E. 17) | 08/05/2015 |
| 7. |  | **Parties Submit Proposed Protective Order.** |  | 08/19/2015 |
| 8. |  | **Initial Disclosures** | *14 days after scheduling conference* | 09/04/2015 |
| 9. | LPR 3.5-3.6 | **Initial Invalidity and Enforceability Contentions** | *within 90 days after the RP is filed* | 10/26/2015 |
| 10. | LPR 3.3-3.4 | **Initial Non-infringement Contentions** | *within 28 days after service of the Initial Infringement Contentions* | 08/31/2015 |
| 11. | LPR 3.7 | **Initial Validity and Enforceability Contentions** | *within 21 days after service of the Invalidity and Unenforceability Contentions* | 11/16/2015 |
| 12. | LR, Apdx. H | **Motions to Amend Pleadings or Join Parties** | *60 days after the scheduling conference* | 10/05/2015 |

| Item | LPR | Description | LPR Text, if Applicable | Date |
|---|---|---|---|---|
| 13. | LPR 4.1(a) | **Preliminary Identification of Claim Terms to be Construed** | *within 95 days after the RP is filed* | 12/04/2015 |
| 14. | LPR 4.1(b) | **Parties Meet and Confer to Discuss Proposed Claim Terms to be Construed** | | 12/11/2015 |
| 15. | LPR 4.1(c) | **Final Identification of Claim Terms to be Construed** | *within 115 days after the RP is filed* | 12/23/2015 |
| 16. | LPR 4.2(a)-(b) | **Preliminary Claim Constructions and Supporting Material** | *within 14 days after the exchange of 4.1(c) lists* | 01/08/2016 |
| 17. | LPR 4.3(a) | **Initial Expert Claim Construction Reports (if any)** | *within 14 days after the exchange of Preliminary Claim Constructions* | 02/05/2016 |
| 18. | LPR 4.3(b) | **Rebuttal Expert Claim Construction Reports (if any)** | *within 14 days after disclosure of Initial Expert Claim Construction Reports* | 02/26/2016 |
| 19. | LPR 4.3(c) | **Completion of Claim-Construction Expert Discovery (e.g., any depositions of claim-construction experts, if any)** | *within 14 days after the disclosure of Rebuttal Expert Claim Construction Reports* | 03/18/2016 |
| 20. | LPR 4.2(c) | **Exchange Final Claim Proposed Claim Constructions** | *within 7 days after the completion of Expert Claim Construction Discovery, pursuant to LPR 4.3(c), or 50 days after the exchange of Prelim. Claim Constructions* | 04/01/2016 |
| 21. | LPR 4.4(a) | **Opening Claim Construction Briefs** | *within 14 days after exchanging Final Claim Constructions* | 04/15/2016 |
| 22. | LPR 4.4(b) | **Responsive Claim Construction Briefs** | *within 30 days after the Opening Claim Construction Briefs are filed* | 05/20/2016 |
| 23. | | **Deadline for mediation** | | TBD |
| 24. | LPR 4.5 | **Joint Claim Construction and Prehearing Statement** | *within 7 days after the Responsive Claim Construction Briefs are filed,* | 06/03/2016 |

| Item | LPR | Description | LPR Text, if Applicable | Date |
|---|---|---|---|---|
| 25. | LPR 4.6 | **Claim Construction Hearing (CCR)** | *within 30 days after the Responsive Claim Construction Briefs are filed* | 6/29/2016 |
| 26. | LPR 4.8 | **Production of Written Advice of Counsel** | *at least 90 days prior to the close of fact discovery* | 04/08/2016 |
| 27. | | **Parties exchange initial privilege logs** | *at least 45 days prior to the close of fact discovery* | TBD |
| 28. | | **Court's Claim Construction Ruling (CCCR)** | | There is no deadline for the Court's Claim Construction Ruling |
| 29. | LPR 3.8(a) | **Final Infringement Contentions** | *within 14 days after the CCCR is issued* | TBD |
| 30. | LPR 3.8(b) | **Final Non-infringement Contentions, Final Invalidity and Unenforceability Contentions** | *within 14 days after the CCCR is issued* | TBD |
| 31. | LPR 4.7 | **Close of Fact Discovery** | *no later than 30 days after CCCR* | TBD |
| 32. | LPR 4.7 | **Status Conference** | *within 30 days of the CCCR* | TBD |
| 33. | | **Final date to supplement disclosures, discovery responses, and privilege logs.** | *within 7 days after close of fact discovery* | TBD |
| 34. | LPR 3.8(c) | **Final Validity and Enforceability Contentions** | *within 45 days after the CCCR is issued* | TBD |
| 35. | LPR 5.1(b) | **Initial Expert Witness Disclosures (Opening Expert Reports)** | *within 60 days after the CCCR is issued* | TBD |
| 36. | LPR 5.1(c) | **Rebuttal Expert Witness Disclosures** | *within 30 days after service of Initial Expert Witness Disclosures* | TBD |
| 37. | | **Reply Expert Report to address any Secondary Considerations of Nonobviousness Raised in Rebuttal Report** | | TBD |
| 38. | LPR 5.2 | **Completion of Depositions of Experts** | *within 40 days after service of Rebuttal Expert Witness Disclosures* | TBD |

| Item | LPR | Description | LPR Text, if Applicable | Date |
|---|---|---|---|---|
| 39. | LPR 6.1 | **Filing Dispositive Motions** | *within 14 days after end of expert discovery* | TBD |
| 40. | | **Filing *Daubert* Motions** | *Same as Filing Dispositive Motions* | TBD |
| 41. | LPR 6.2 | **Trial** | *within 120 days after the deadline for filing dispositive motions* | TBD |

    *This order has been entered after consultation with the parties. Absent good cause shown, the* deadlines *set by this order will not be modified or extended.*

    **IT IS SO ORDERED** this 7th day of August, 2015.

                                             /s/ Jon P. McCalla
                                             JON P. McCALLA
                                             UNITED STATES DISTRICT JUDGE